CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
12/23/2019
JULIA C. DUDLEY, CLERK
BY: s/ SUSAN MOODY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FOURSTAR GROUP USA, INC., | ) | |
| | ) | Civil Action No. 7:19CV00440 |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| K-VA-T STORES, INC., | ) | By:   Honorable Glen E. Conrad |
| | ) |            Senior United States District Judge |
| Defendant. | ) | |

This matter is before the court on submission of a Notice of Dismissal by the plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Finding good cause, it shall be and hereby is

O R D E R E D

that this case shall be and hereby is DISMISSED WITH PREJUDICE, with each side to bear their own attorneys' fees, costs and expenses, and STRICKEN from the active docket of this court.

The Clerk shall notify all parties of the entry of this Order.

ENTER:   This 23rd day of December, 2019.

*/s/  Glen E. Conrad*
Senior United States District Judge